UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHRISTINE LING CHEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:21-cv-01925-JPH-MJD |
| | ) |
| INDIANA DEPARTMENT OF CHILD SERVICES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Magistrate Judge Mark Dinsmore has entered a Report and Recommendation, dkt. 31, recommending that the Court grant Defendants' partial motion to dismiss, dkt. 14. The parties have had the opportunity to object but have not done so. *See* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1). The Court has considered and now **ADOPTS** the Report and Recommendation. Dkt. [31]. The partial motion to dismiss is **GRANTED**. Dkt. [14]. The only remaining claims are the federal-law claims alleged in Counts 1 and 2 against Defendants Allison Lovins and Amanda Myers. The **clerk shall terminate** the other defendants from the docket.

**SO ORDERED.**

Date: 1/26/2022

                                                                   James Patrick Hanlon
                                                                    United States District Judge
                                                                    Southern District of Indiana

Distribution:

Matthew Jacob Goldsmith
INDIANA ATTORNEY GENERAL
matthew.goldsmith@atg.in.gov

Gustavo Angel Jimenez
INDIANA ATTORNEY GENERAL
gustavo.jimenez@atg.in.gov

Dianna Lynn Mejia
dianna@mejiafamilylaw.com