UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHRISTINE LING CHEN Individually and on behalf of her Minor Child, A.G.B., <br><br> Plaintiff, <br><br> v. <br><br> INDIANA DEPARTMENT OF CHILD SERVICES a state agency, et al. <br><br> Defendants. | ) ) ) ) ) ) No. 1:21-cv-01925-JPH-MJD ) ) ) ) ) ) |

**FINAL JUDGMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 58**

Having this day directed the entry of final judgment, the Court now enters **FINAL JUDGMENT** in favor of Defendants and against Plaintiff. Plaintiff shall take nothing by her complaint and this action is terminated.

Date: 12/14/2023

Roger A.G. Sharpe, Clerk
BY: _Carina Wood_
Deputy Clerk, U.S. District Court

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All electronically registered counsel